```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 44880
   ANTHONY JORDAN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-8343


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/07/2004 and was confirmed 03/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  21.36% from remaining funds.

     The case was paid in full 06/23/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                  PAID          PAID
--------------------------------------------------------------------------------
 OVERLAND BOND & INVESTME   UNSECURED            4861.84            .00        1038.39
 CITY OF CHICAGO PARKING    UNSECURED            2000.00            .00         427.16
 PEOPLES GAS LIGHT & COKE   UNSECURED                .00            .00            .00
 UNITED AUTO CREDIT CORP    SECURED              7000.00        1213.65        7000.00
 UIC                        UNSECURED          NOT FILED            .00            .00
 NEXTEL COMMUNICATIONS      UNSECURED          NOT FILED            .00            .00
 ROSE & ERICKSON            UNSECURED OTH        524.90             .00         112.12
 NATIONWIDE COMMERCIAL LP   UNSECURED          NOT FILED            .00            .00
 COLLTEC INC                UNSECURED          NOT FILED            .00            .00
 COMCAST                    NOTICE ONLY        NOT FILED            .00            .00
 NEXTEL                     NOTICE ONLY        NOT FILED            .00            .00
 TRIAD FINANCIAL CORP       UNSECURED          NOT FILED            .00            .00
 FST PREMIER                UNSECURED          NOT FILED            .00            .00
 FIRST PREMIER BANK         NOTICE ONLY        NOT FILED            .00            .00
 COM ED                     UNSECURED          NOT FILED            .00            .00
 COMMONWEALTH EDISON        UNSECURED          NOT FILED            .00            .00
 ILLINOIS DEPT OF CORRECT   UNSECURED          NOT FILED            .00            .00
 IL DEPT OF CORRECTIONS     NOTICE ONLY        NOT FILED            .00            .00
 UNIVERSITY OF ILLINOIS H   UNSECURED          NOT FILED            .00            .00
 UNIVERSITY OF ILLINOIS     NOTICE ONLY        NOT FILED            .00            .00
 UNITED AUTO CREDIT CORP    UNSECURED            506.41             .00         108.16
 STEFANS STEFANS & STEFAN   REIMBURSEMENT        154.00             .00         154.00
 STEFANS STEFANS & STEFAN   DEBTOR ATTY        2,200.00                        2,200.00
 TOM VAUGHN                 TRUSTEE                                              746.52
 DEBTOR REFUND              REFUND                                               158.05

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE              13,158.05


               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 44880 ANTHONY JORDAN
```

```
PRIORITY                                                        154.00
SECURED                                                       7,000.00
    INTEREST                                                  1,213.65
UNSECURED                                                     1,685.83
ADMINISTRATIVE                                                2,200.00
TRUSTEE COMPENSATION                                            746.52
DEBTOR REFUND                                                   158.05
                                     ---------------    ---------------
TOTALS                                     13,158.05          13,158.05
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/28/09                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```